

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

July 8, 2022

**By Email**

The Honorable Andrew E. Krause
United States Magistrate Judge
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

    Re:    *United States v. Miguel Abreu*, 22 Mag. 5554

Dear Judge Krause,

    In light of the arrest of defendant Miguel Abreu in the above-titled matter, the Government respectfully requests that the complaint be unsealed.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

    By: */s/ Kingdar Prussien*
    Kingdar Prussien
    Assistant United States Attorney
    (914) 993-1927

cc: Ben Gold, Esq.

SO ORDERED.

*[signature]*

ANDREW E. KRAUSE
United States Magistrate Judge

Dated: July 8, 2022